**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**BY ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   07/15/22

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Andrew Auffredou and George Sewell, 22 Cr. 238 (VSB)**

Dear Judge Broderick:

I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Brett M. Kalikow
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc (by ECF):   All counsel of record