**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2022

**BY EMAIL**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Andrew Auffredou**
       **22 Cr. 238 (VSB)**

Dear Judge Broderick:

    With the consent of the Government and counsel for co-defendant George Sewell, I write on behalf of my client, Andrew Auffredou, to respectfully request a 30-day adjournment of the October 4 status conference. Beginning last month, we received discovery in this matter which is voluminous. I request 30 days to complete my review of the discovery and decide on potential pretrial motions. As noted above, all parties consent to this request. I am available for a status conference in approximately 30 days, ***except*** for November 8-11.

    I consent to exclusion of time until the date of the next status conference.

    Thank you for your consideration of this matter.

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   10/03/2022

The status conference scheduled for October 4, 2022 is hereby adjourned to November 4, 2022 at 10:30 a.m.  The adjournment is necessary to permit defense counsel to review the discovery and decide on potential pretrial motions.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, it is further ordered that the time between October 4, 2022 and November 4, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi, Esq.
Assistant Federal Defender
Tel.: (917) 612-2753

cc:  AUSA Patrick Moroney (by Email)