UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA,           :

              v.                                 :

                                          :         22-CR-238 (VSB)

ANDREW AUFFREDOU AND          :
GEORGE SEWELL,                     :                **ORDER**

                                                             :

                            Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The status conference currently scheduled for February 27, 2023 at 12:00 P.M. shall now take place in Courtroom 24B at 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:  February 24, 2023
           New York, New York

                                                                  _____
                                                                   Vernon S. Broderick
                                                                   United States District Judge