UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
          :
UNITED STATES OF AMERICA,      :
          :
      v.          :
          :    22-CR-238 (VSB)
Andrew Auffredou,      :
          :    **ORDER**
         Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    As stated at the Bail Modification Hearing held on June 8, 2023, it is hereby

    ORDERED that the defendant's bail be modified to include the condition of inpatient drug treatment. The duration of the inpatient program (the "Program") shall be determined by the Program and Pretrial Services.

    IT IS FURTHER ORDERED that the Government should update the Court within five business days of Auffredou being admitted into the Program, including the expected duration of the Program.

SO ORDERED.

Dated:  June 8, 2023
          New York, New York

                                              Vernon S. Broderick
                                              United States District Judge