```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
              v.                                            :
                                                            :      22-CR-238 (VSB)
Andrew Auffredou,                                           :
                                                            :           ORDER
                                        Defendant.          :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I issued an order after the Bail Modification Hearing held on June 8, 2023 ordering the Government update the Court within two business days of Auffredou being admitted into an inpatient drug and mental health treatment program.  (Doc. 63.)  To date, no update has been provided.  It is hereby

ORDERED that the Government provide an update to the Court regarding the status of Auffredou's admission into an inpatient drug and mental health treatment program.  If he has been admitted into a program, the Government shall include information such as the name of the program, the duration of the program, and any other details that might be helpful to the Court in their letter.

SO ORDERED.

Dated: June 28, 2023
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge