UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                     :

UNITED STATES OF AMERICA,          :

       -against-                              :           22-CR-238 (VSB)

                                                      :           **<u>ORDER</u>**

ANDREW AUFFREDOU and            :
GEORGE SEWELL,

                          Defendants. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It is hereby ordered that trial is scheduled to begin in this matter on Monday, September 11, 2023, with jury selection to begin that same day. A final pre-trial conference will be held on Tuesday, September 5, 2023 at 2:00 P.M. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      The parties shall file any pre-trial submissions, including proposed voir dire, proposed requests to charge, and motions in limine, on August 22, 2023. Oppositions to motions in limine shall be filed on August 29, 2023.

      The time between now and trial shall be excluded from the time within which the defendants must be brought to trial. That time is necessary to permit the parties to prepare for trial in this matter. The Court finds that the ends of justice served by excluding the time outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between July 11, 2023 and September 11, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

SO ORDERED.

Dated: July 11, 2023
       New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge