UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                             :
UNITED STATES OF AMERICA,        :
                                                                             :
                     v.                                          :
                                                                             :         22-CR-238 (VSB)
ANDREW AUFFREDOU,               :
                                                                               :         **ORDER**
                                                                             :
                                             Defendant.   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      As stated at the Status Conference held on July 13, 2023, it is hereby

      ORDERED that the Defendant's bail be modified to include the condition of inpatient drug treatment for 90-days at Odyssey House. Defendant shall report for inpatient treatment at Odyssey House prior to Noon on July 14, 2023.

      It is FURTHER ORDERED that the parties and Odyssey House provide me with an update on September 12, 2023, concerning Defendant's progress at Odyssey House, including the clinical assessment by Odyssey House and Pretrial Services addressing, among other things, whether Defendant should continue inpatient treatment until completion of the originally mandated ninety days, or whether the Defendant is ready to transition to an outpatient program. SO ORDERED.

Dated: July 13, 2023
       New York, New York

                                                      */s/ Vernon S. Broderick*
                                                      Vernon S. Broderick
                                                      United States District Judge