UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
:
-v-                                      :       22-cr-238 (VSB)
:
:       **ORDER**
:
ANDREW AUFFREDOU and                     :
GEORGE SEWELL,                           :
:
:
                    Defendants.          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Pursuant to the order at docket no. 76, the pretrial conference currently scheduled for September 5, 2023, is hereby adjourned to the next conference date of September 26, 2023.

SO ORDERED.

Dated:  August 30, 2023
        New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge