# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 12, 2023

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   09/12/2023

Re:   **United States v. Andrew Auffredou**
      **22 CR. 238 (VSB)**

Dear Judge Broderick:

    I write to provide an update to the Court on the status of Mr. Auffredou's treatment and to request that the Court convert Mr. Auffredou's September 26 status conference to a change of plea hearing.

    Currently, Mr. Auffredou is participating in residential drug treatment at the Odyssey House. Laura Gialanella, Mr. Auffredou's pretrial services officer, reports that he has been attending all of his sessions and groups and has been fully compliant with no issues. Mr. Auffredou is on course to complete 90 days of residential treatment on October 14.

    The Government recently extended a written plea offer to Mr. Auffredou which he intends to accept. I therefore request that the Court convert the conference scheduled for September 26, 2023, into a change of plea hearing.

    I thank the Court for its consideration of this request.

                                                   Respectfully submitted,

                                                   /s/
                                                 Zawadi S. Baharanyi
                                                 Assistant Federal Defender

cc:   AUSA Patrick Moroney (by ECF)