UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>ANDREW AUFFREDOU,<br><br>                      Defendant. | ORDER<br><br>S1 22 Cr. 238 (VSB) |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Magistrate Judge Ona T. Wang on September 29, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for February 5, 2024, at 11 a.m.

SO ORDERED:

Dated: New York, New York
           October 2, 2023

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK