**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2024

**BY ECF**
The Honorable Judge Vernon S. Broderick
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 01/23/2024

Re:   **United States v. Andrew Auffredou
      22 CR. 238 (VSB)**

Dear Judge Broderick:

      With the consent of the Government, I respectfully write to request an extension of the defense sentencing submission deadline to January 26, 2024, to incorporate additional treatment and mitigation records that will be helpful for sentencing and the Court's 3553(a) analysis. If granted, the defense's sentencing submission would be due on January 26 and the Government's submission deadline would be January 31.

      Respectfully submitted,

      /s/
      Zawadi Baharanyi
      Assistant Federal Defender
      (917) 612-2753 (c)

cc: AUSA Patrick Moroney (by ECF).

      **So Ordered:**

      _____
      **HONORABLE VERNON S. BRODERICK
      UNITED STATES DISTRICT JUDGE**